| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ABEL FAJARDO-MACEDO, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:24-CV-364
§
UNITED STATES OF AMERICA, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Abel Fajardo-Macedo, an inmate confined at the United States Penitentiary located in Atlanta, Georgia, proceeding *pro se*, brought the above-styled lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action for failing to state a claim. To date, the parties have not filed objections to the report.

    The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

    Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    SIGNED at Beaumont, Texas, this 14th day of May, 2025.

                                                     MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE